CM/ECF clkntcab
(Rev. 12/21/16)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re:  Sherrice Y Ford<br>        Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 19−13765−JDW<br>Chapter: 7<br>Judge: Jason D. Woodard |

### CLERK'S NOTICE OF PRESUMED ABUSE UNDER 11 U.S.C. §707(B)(2)

    Insufficient information was filed with the petition in the above−captioned case to permit the clerk to make a determination concerning the presumption of abuse at the time of filing. Additional information subsequently filed by the debtor(s) indicates that a presumption of abuse has arisen under 11 U.S.C. §707(b)(2).

    The trustee, creditors or appropriate parties in interest, may have the right to file a motion to dismiss the case under 11 U.S.C. §707(b)(2) of the Bankruptcy Code. Pursuant to 11 U.S.C. §707(b)(2)(B), the debtor(s) may rebut the presumption by showing special circumstances.

DATE OF ISSUANCE: 9/18/19

                                                Shallanda J. Clay
                                                Clerk, U.S. Bankruptcy Court

                                     BY: LJB
                                           Deputy Clerk